# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**DAMON LAMONT WHEELER,**

           Plaintiff,

v.                                            Case No: 23-1021-JWB

**KANSAS DEPARTMENT FOR**
  **CHILDREN AND FAMILIES,**

           Defendant,

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that pursuant to memorandum and order filed June 14, 2023, Plaintiff's complaint is dismissed without prejudice.  Magistrate Judge Birzer's Report & Recommendation is hereby ADOPTED

    June 14, 2023                                   SKYLER B. O'HARA
        Date                                            CLERK OF THE DISTRICT COURT

                                                      by:   s/ Joyce Roach
                                                                    Deputy Clerk