FILED
U.S. District Court
District of Kansas

OCT 3 0 2023

Clerk, U.S. District Court
By _CMZ_ Deputy Clerk

United States District Court

District of Kansas

Damon L. Wheeler

    Plaintiff

Vs.   23-1021-C

Kansas Dept of Children and Family services

    Defendant

## MOTION TO SUPPRESS

In Conjunction with the United States District Court Plaintiff Damon L Wheeler enters in this Federal Procedure 41 (E) as a motion to suppress prior Criminal Charges (specific from 2015 to current ) from the circumstances of obtainment of Legal Joint Custody of Children in a prior Alternate Case with the Eighteenth Judicial District Priorly with Criminal Background As never being Presented to Disqualify Parental Rights in which have never been Relinquished there of. In all Prior Cases listed on background Plaintiff Damon Wheeler, with numerous tier of facts for the United States District Court to examine that Legal counsel for the Kansas Dept of Children and Family services Mark Alderman to represent KDCFS instead of Criminal Legal counsel Mark Jordan in which Plaintiff was unaware of an investigation taking place so a Moral and Legal obligation over a significant amount of time to notify Plaintiff Damon Wheeler of the executive decision of action proceeding. If proceedings may further matters that are held as confidential Plaintiff Damon Wheeler must be notified until case matters are resolved or disposition of case is met upon filing of Notice To Appeal

Damon L Wheeler as Plaintiff asks that the courts agree and accept this Motion on this 30th Day of October 2023

*Damon Wheeler*
330 W. 2nd ST N.
Wichita, KS 67202